UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GUY BOUDREAUX, JR.                                                      CIVIL ACTION

VERSUS                                                                         NO. 16-2384

ROBERT C. TANNER                                                     SECTION: "B"(3)

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Guy Boudreaux, Jr., is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 27th day of October, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE